UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON MONK, *et al.*,

                    Plaintiffs,

-v-

ALBERTO LUNA, *et al.*,

                    Defendants.

22-CV-3513 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, County of New York, on April 30, 2022. Counsel for plaintiffs is directed to file an appearance with this Court no later than May 25, 2022. Further, on or before June 1, 2022, plaintiffs are directed to file a letter briefing the question whether they have "acted in bad faith in order to prevent a defendant from removing the action" from state court. 28 U.S.C. § 1446(c)(1).

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by May 18, 2022.

    SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                                          J. PAUL OETKEN
                                                          United States District Judge